UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

ROBERT BLABAC,

                                            Plaintiff,

    **-v.-**

                                            Civil Action No.
                                            3:08-cv-849 (GLS/VEB)

COMMISSIONER OF SOCIAL SECURITY,

                                            Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                              OF COUNSEL:

**FOR THE PLAINTIFF:**

Lachman, Gorton Law Firm            PETER A. GORTON, ESQ.
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

**FOR THE DEFENDANT:**

Social Security Administration         MARIA P. FRAGASSI
Office of Regional General Counsel   SANTANGELO, ESQ.
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed November 30, 2009. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed November 30, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the Commissioner's decision denying disability benefits be REMANDED for further proceedings in accordance with the recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g), and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties.

IT IS SO ORDERED

Dated:     December 18, 2009
           Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge